UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| STEPHEN JOHN PARKER, | JUDGMENT IN A CIVIL |
| Plaintiff, | CASE CV 24-32-BLG-DWM |
| vs. | |
| YELLOWSTONE COUNTY DETENTION, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of July 17, 2024 (Doc. 20), this action is DISMISSED.

Dated this 26th day of August, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk